PEOPLE, PLAINTIFF AND APPELLEE, *v.* RIVERA, DEFENDANT AND
APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* SANDOZ, DEFENDANT AND
APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* ROSARIO, DEFENDANT AND
APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* MELÉNDEZ, DEFENDANT
AND APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* MATOS, DEFENDANT AND
APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* ARIETA, DEFENDANT AND
APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, *v.* COLÓN, DEFENDANT AND
APPELLANT.

APPEALS from the District Court of Humacao in Prosecutions
for Violation of Section 162 of the Penal Code.

Nos. 975, 977, 978, 980, 981, 982, 986.—Decided April 25, 1916.

Decided on the grounds of the opinion delivered in Case No. 974, *People* v. *García,*
*ante.*

Mr. *Arturo Aponte, Jr.,* for the appellants.
Mr. *Salvador Mestre, fiscal,* for the appellee.

*Reversed and defendants discharged.*

Chief Justice Hernández and Justices Wolf, del Toro, Al-
drey and Hutchison concurred.